463 A.2d 62

Commonwealth ex rel., Mayton, Appellant v. Mayton.

Argued April 28, 1983.  Mark W. Vita, for appellant;  James Anthony Moschetta, for appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Affirmed.

463 A.2d 62

Commonwealth ex rel., Vona v. Stickley, Appellant.

Argued February 3, 1981.  Eric S. Coates, for appellant;  Thomas G. Gavin, submitted a brief on behalf of appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.